Judge Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | |
|---|---|
| MIKHAIL STEPCHUK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALBERTO R. GONZALES, et al.,<br><br>Defendants. | Case No. C06-570RSL<br><br>ORDER REGARDING NATURALIZATION OF PLAINTIFF MELETE H. BEREKETAB |

This Court, having reviewed the stipulation of the parties regarding the naturalization application of Plaintiff Melete H. Bereketab, A45-927-629, finds that Plaintiff Bereketab meets all the requirements for citizenship and ORDERS the United States Citizenship and Immigration Service to naturalize Ms. Bereketab.

Dated this 16th day of May, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION FOR ORDER OF
NATURALIZATION - 1

Northwest Immigrant Rights Project
615 2nd Ave, Suite 400
Seattle, WA 98104
(206) 957-8611

Submitted on May 16, 2006, by:

/s/ Kristin B. Johnson
Kristin B. Johnson
Assistant U.S. Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: 206-553-7970
Kristin.B.Johnson@usdoj.gov

/s/ Christopher Strawn

Matt Adams
WSBA No. 28287

Kristen Kussmann
WSBA No. 30638

Emily Headings
WSBA No. 33106

Christopher Strawn
WSBA No. 32243

NORTHWEST IMMIGRANT
RIGHTS PROJECT
615 2nd Ave #400
Seattle, WA 98104
Telephone: (206) 957-8611
Fax: (206) 587-4025
E-mail: matt@nwirp.org
         kristen@nwirp.org
         emily@nwirp.org
         chris@nwirp.org

STIPULATION FOR ORDER OF
NATURALIZATION - 2

Northwest Immigrant Rights Project
615 2nd Ave, Suite 400
Seattle, WA 98104
(206) 957-8611