Judge Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE, WASHINGTON

MIKHAIL STEPCHUK, et al.,

    Plaintiffs,

v.

ALBERTO R. GONZALES, et al.,

    Defendants.

Case No. C06-570RSL

ORDER REGARDING NATURALIZATION OF PLAINTIFF FALIHA AL SHUKRY

This Court, having reviewed the stipulation of the parties regarding the naturalization application of Plaintiff Faliha Al Shukry, A28-130-141, finds that Plaintiff Al Shukry meets all the requirements for citizenship and ORDERS the United States Citizenship and Immigration Service to naturalize Ms. Al Shukry.

Dated this 16th day of May, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION FOR ORDER OF
NATURALIZATION - 1

Northwest Immigrant Rights Project
615 2nd Ave, Suite 400
Seattle, WA 98104
(206) 957-8611

Submitted on May 16, 2006, by:

    /s/ Kristin B. Johnson
Kristin B. Johnson
Assistant U.S. Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: 206-553-7970
Kristin.B.Johnson@usdoj.gov

    /s/ Christopher Strawn

Matt Adams
WSBA No. 28287

Kristen Kussmann
WSBA No. 30638

Emily Headings
WSBA No. 33106

Christopher Strawn
WSBA No. 32243

NORTHWEST IMMIGRANT
RIGHTS PROJECT
615 2nd Ave #400
Seattle, WA 98104
Telephone: (206) 957-8611
Fax: (206) 587-4025
E-mail: matt@nwirp.org
       kristen@nwirp.org
       emily@nwirp.org
       chris@nwirp.org