UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | |
|---|---|
| MIKHAIL STEPCHUK, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ALBERTO R. GONZALES, et al.,<br><br>    Defendants. | Case No. C06-570RSL<br><br>ORDER REGARDING NATURALIZATION OF PLAINTIFF MIKHAIL STEPCHUK |

This Court, having reviewed the stipulation of the parties regarding the naturalization application of Plaintiff Mikhail Stepchuk, A71 282 430, finds that Plaintiff Mikhail Stepchuk meets all the requirements for citizenship and ORDERS the United States Citizenship and Immigration Service to naturalize Mr. Stepchuk.

Dated this 21st day of June, 2006.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION FOR ORDER OF NATURALIZATION - 1