Judge Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

MIKHAIL STEPCHUK, et al.,

    Plaintiffs,

 v.

ALBERTO R. GONZALES, et al.,

    Defendants.

Case No. C06-570RSL

ORDER REGARDING NATURALIZATION OF PLAINTIFF QIU WEN WANG

This Court, having reviewed the stipulation of the parties regarding the naturalization application of Plaintiff Qiu Wen Wang, A47-181-166, finds that Plaintiff Wang meets all the requirements for citizenship and ORDERS the United States Citizenship and Immigration Service to naturalize Mr. Wang.

Dated this 28th day of June, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION FOR ORDER OF
NATURALIZATION - 1

Northwest Immigrant Rights Project
615 2nd Ave, Suite 400
Seattle, WA 98104
(206) 957-8611