Judge Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

MIKHAIL STEPCHUK, *et al.*,

    Plaintiffs,

  v.

ALBERTO R. GONZALES, *et al.*,

    Defendants.

Case No. C06-570RSL

ORDER REGARDING NATURALIZATION OF PLAINTIFF SAFIA HASSAN MOHAMED

This Court, having reviewed the stipulation of the parties regarding the naturalization application of Plaintiff Safia Hassan Mohamed, A70-369-815, finds that Plaintiff Safia Hassan Mohamed meets all the requirements for citizenship and ORDERS the United States Citizenship and Immigration Service to naturalize Ms. Mohamed.

Dated this 18th day of August, 2006.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATION FOR ORDER OF NATURALIZATION - 1

Northwest Immigrant Rights Project
615 2nd Ave, Suite 400
Seattle, WA 98104
(206) 957-8611